John F. Garner, Plaintiff-Appellee, v. Ruth Schmiedeskamp, Defendant-Appellant.

Gen. No. 9,837.

Nat M. Kahn, and Cantwell & Cantwell, for appellant; C. H. Wood, and Philip J. Schlagenhauf, for appellee. Opinion by PRESIDING JUSTICE WHEAT. Not to be published in full. Opinion filed November 5, 1952; released for publication December 2, 1952.